MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
TODD C. BOUTON, Assistant United States Attorney (#17800)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:  (801) 524-5682
Email: todd.bouton@usdoj.gov

FILED
2026 MAY 7 7:20PM
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>KELZIE RYANN LUNA and GEORGE SANCHEZ-JUAREZ,<br><br>    Defendants. | **MISDEMEANOR INFORMATION**<br><br>Count 1: 18 U.S.C. §§ 641 and 2, Theft, Conversion, and Disposal of Government Property, and Aiding and Abetting<br><br>Case: 2:26−cr−00158<br>Assigned To : Pead, Dustin B.<br>Assign. Date : 5/7/2026<br>Description: USA v Luna et al |

The United States Alleges:

## COUNT 1
18 U.S.C. §§ 641 and 2
(Theft, Conversion, and Disposal of Government Property, and Aiding and Abetting)

1.    On or about October 8, 2025, in the District of Utah and elsewhere,

**KELZIE RYANN LUNA and GEORGE SANCHEZ-JUAREZ**,

defendants herein, did steal, purloin, and knowingly convert to their use or the use of another, and without authority, dispose of a thing of value of the United States or of a department or agency thereof, that is, the United States Department of Homeland Security, namely a pair of handcuffs used to apprehend a suspected illegal alien.

2.      And did aid, abet, counsel, command, induce and procure the commission of the offense.

All in violation of Title 18, United States Code, Sections 641 and 2.

MELISSA HOLYOAK
First Assistant United States Attorney


TODD C. BOUTON
Assistant United States Attorney

2