# Exhibit 1

## (Screenshots)



